IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECLIA POPPLE, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE BARNHART, Commissioner, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:05cv0478 OWW DLB <br><br> ORDER TO SHOW CAUSE |

On April 4, 2005, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of her application for benefits.  On April 12, 2005, the Court issued a Scheduling Order, and sent Plaintiff a USM-285 form with instructions to complete and return the form to the Court.  To date, Plaintiff has not done so.

Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be dismissed for failure to comply with the April 12, 2005, Scheduling Order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.  If Plaintiff desires more time to file her brief, she should so state in her response.

///

///

///

1

1   Failure to respond to this Order to Show Cause will result in dismissal of this action.

3   IT IS SO ORDERED.

4   **Dated:   December 9, 2005**                    **/s/ Dennis L. Beck**
    3b142a                                              UNITED STATES MAGISTRATE JUDGE

2