IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CECILIA POPPLE, | ) | 1:05cv0478 OWW DLB |
| | ) | |
| | ) | INFORMATIONAL ORDER |
| | ) | REGARDING SERVICE OF |
| | ) | SUMMONS AND COMPLAINT |
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING CLERK OF |
| vs. | ) | COURT TO SEND PLAINTIFF |
| | ) | USM-285 FORM |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Cecilia Popple ("plaintiff") proceeds pro se in this action seeking this Court's review of an administrative decision denying plaintiff Social Security benefits. This Court's April 12, 2005, order directs the United States Marshal to serve a copy the summons and complaint "as directed by the plaintiff."[1] To that end, this Court's clerk has or will provide plaintiff documents to complete and to return to this Court for service of the summons and complaint. This Court ORDERS plaintiff, no later than 15 days after service of such documents on plaintiff, to complete and return to this Court the documents for service of the summons and complaint.

---

[1] A review of the docket reveals that the Court sent Plaintiff a USM-285 form on April 12, 2005. For some reason, Plaintiff did not complete and return the form. This order is intended to give Plaintiff sufficient instruction to complete and return the enclosed USM-285 form.

1

Pursuant to F.R.Civ.P. 4( I )(1), the summons and complaint must be served on the Social Security Administration, United States Attorney General and United States Attorney for the Eastern District of California. Plaintiff is advised of the following addresses for service of the summons and complaint:

Social Security Administration
6401 Security Blvd., Rm. 611
Baltimore, MD 21235

U.S. Attorney General
U.S. Department of Justice
Washington, D.C.  20530

United States Attorney for the Eastern District of California
U.S. Attorney's Office, Civil Process Clerk
1130 "O" Street, Room 3654
Fresno, CA 93721.

**Plaintiff is further advised that failure to timely complete and return to this Court the documents for service of the summons and complaint will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 3, 2006**               **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE

2