IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECLIA POPPLE,<br><br>          Plaintiff,<br><br>     vs.<br><br>JO ANNE BARNHART, Commissioner,<br><br>          Defendant. | 1:05cv0478 OWW DLB<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(Document 6) |

The Court issued an order to show cause on December 12, 2005.  On December 29, 2005, Plaintiff filed a response to the order to show cause.

Accordingly, the order to show cause is VACATED.

IT IS SO ORDERED.

**Dated:   January 3, 2006**                          **/s/ Dennis L. Beck**
3b142a                                                                    UNITED STATES MAGISTRATE JUDGE

1